AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Jeffrey Gardner BOYD<br>3713 E. 40th Street<br>Tulsa, OK 74135<br><br>*Defendant(s)* | Case No. 5:18 MJ-75 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __7/30/2018 - 7/31/2018__ in the county of __Columbia__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §922(g)(8) | relating to prohibition on the interstate possession of firearms or ammunition by persons subject to certain orders of the court |

This criminal complaint is based on these facts:

The attached Affidavit of Probable Cause, specifically detailing the facts presented in support of this Criminal Complaint, is hereby incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent - U.S. Secret Service, Scranton, PA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 13, 2018

*Judge's signature*

City and state: Wilkes-Barre, Luzerne County, PA     U.S. Magistrate Judge Joseph F. Saporito, Jr.
*Printed name and title*