AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5.18 MJ 75 |
| | ) | |
| Jeffrey Gardner BOYD | ) | FILED |
| 3713 E. 40th Street | ) | WILKES BARRE |
| Tulsa, OK 74135 | ) | AUG 1 3 2018 |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

Per MS

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jeffrey Gardner BOYD                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

The subject stands accused of violating Title 18, U.S. Code, §922(g)(8), relating to prohibition on the interstate possession of firearms or ammunition by persons subject to certain orders of the court.

Date: *August 13, 2018*

Issuing officer's signature

City and state:    Wilkes-Barre, Luzerne County, PA

U.S. Magistrate Judge Joseph F. Saporito, Jr.
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* 8/13/2018 , and the person was arrested on *(date)* 8/13/2018 at *(city and state)* Bloomsburg PA . |
| Date: 8-13-2018 |
| Arresting officer's signature |
| Special Agent - US Secret Service SCR, PA |
| Printed name and title |